FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DALTON SCOTT POTTER,

Petitioner,

v.

STATE OF WASHINGTON,

Respondent.

No. 2:26-cv-383-EFS

**ORDER DISMISSING HABEAS CORPUS PETITION**

Petitioner Dalton Scott Potter, an individual currently housed at the Monroe Correctional Complex – Sky River Treatment Center, filed a *pro se* Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody.[1] However, Petitioner failed to pay the filing fee or submit an application to proceed *in forma pauperis*.

[1] ECF No. 1.

By letter dated September 2, 2026, the Clerk of Court directed Petitioner to submit the correct form of Application to Proceed without Prepayment of Fees and Affidavit, with the "Certificate" section completed by an Authorized Officer of the incarcerating facility.[2] In the alternative, the Clerk of Court informed Petitioner that he could pay the $5.00 filing fee.[3]

On September 14, 2026, Petitioner submitted an over-payment for this case of $5.01 via pay.gov. The over-payment was refunded, as the Court can only accept exact payment. The individual who submitted the overpayment on Petitioner's behalf was advised to pay the $5.00 filing fee via mail/USPS or in person by check, money order, or cash.

On October 7, 2026, the Court issued an Order to Comply with Filing Fee/*In Forma Pauperis* Requirements, instructing Petitioner to either pay the filing fee or comply with Rule 3(a)(2), Rules Governing Section 2254 Cases in the United States District Courts (Habeas Rule

---

[2] ECF No. 3.

[3] *Id.*

3(a)(2)).[4] Petitioner was cautioned that failure to comply with the Court's Order by November 6, 2026, would be construed as his consent to the dismissal of this action.[5] To date, Petitioner has neither paid the filing fee nor submitted a completed application to proceed *in forma pauperis* as directed, and he has filed nothing further in this action.

Accordingly, for the reasons set forth in the Order to Comply with Filing Fee/*In Forma Pauperis* Requirements, ECF No. 5, **IT IS ORDERED:**

1. The Petition, ECF No. 1, is **DISMISSED without prejudice** for failure to either pay the filing fee or comply with Habeas Rule 3(a)(2).

2. The Court certifies that pursuant to 28 U.S.C. § 1915(a)(3), an appeal from this decision could not be taken in good faith, and there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

---

[4] ECF No. 5.

[5] *Id*. at 3.

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, **enter judgment**, forward copies to Petitioner, and **CLOSE** the file.

DATED this 19th day of November 2026.

EDWARD F. SHEA
Senior United States District Judge