AO 450 (Rev. 11/11) Judgment in a Civil Action

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 19, 2026

SEAN F. McAVOY, CLERK

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | | |
|---|---|---|
| DALTON SCOTT POTTER, <br> *Plaintiff* <br> v. <br><br> STATE OF WASHINGTON, <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 2:26-cv-383-EFS |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❐ the plaintiff *(name)* ______ recover from the defendant *(name)* ______ the amount of ______ dollars ($ ______ ), which includes prejudgment interest at the rate of ______ %, plus post judgment interest at the rate of ______ % per annum, along with costs.

❐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* ______ recover costs from the plaintiff *(name)* ______ .

✓ other: The Petition, ECF No. 1, is DISMISSED without prejudice for failure to either pay the filing fee or comply with Habeas Rule 3(a)(2).

This action was *(check one)*:

❐ tried by a jury with Judge ______ presiding, and the jury has rendered a verdict.

❐ tried by Judge ______ without a jury and the above decision was reached.

✓ decided by Judge Edward F. Shea

Date: November 19th, 2026

*CLERK OF COURT*

s/Sean F. McAvoy

*Signature of Clerk*